# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| R & D FILM 1 LLC, | ) |
| | ) |
| | ) Case No.: 3:12-cv-01123 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-30, | ) Judge Todd J. Campbell |
| | ) |
| Defendants. | ) Magistrate Judge E. Clifton Knowles |

## ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The Court finds that Plaintiff's Motion to Continue the Initial Case Management Conference scheduled for December 20, 2012 at 10:30 a.m. for four weeks is well-taken, and, therefore, the Initial Case Management Conference is rescheduled to _January 23, 2013, at 10:30 a.m.

**IT IS SO ORDERED.**

_____
JUDGE

**APPROVED FOR ENTRY:**

/s/ Klint W. Alexander
Klint W. Alexander, BPR #20420
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
Telephone: 615.244.0020
Facsimile: 615.256.1726
kalexander@wyattfirm.com
*Attorney for Plaintiff*
*R & D FILM 1 LLC*